UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AKEEM A. MUHAMMAD, | ) |
| Petitioner, | ) |
| v. | ) CAUSE NO. 3:17-cv-582-JD-MGG |
| SUPERINTENDENT, | ) |
| Respondent. | ) |

OPINION AND ORDER

Akeem A. Muhammad, a *pro se* prisoner filed a habeas corpus petition challenging the prison disciplinary hearing (WCC 17-03-413) where the Disciplinary Hearing Officer (DHO) found him guilty of threatening another in violation of B-213. ECF 1 at 1. However, he did not lose any earned credit time, and was not demoted in credit class. As such, he has not yet been deprived of a liberty interest as a result of this hearing.

A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary proceeding did not result in the lengthening of the duration of his confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

For the reasons set forth above, the court **DENIES** the petition pursuant to SECTION 2254 HABEAS CORPUS RULE 4 and this case is **DISMISSED**.

**SO ORDERED**.

ENTERED: July 31, 2017          /s/ JON E. DEGUILIO
                                Judge
                                United States District Court